UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES FLEMING,

     Plaintiff,

v.

                                    Case No. 0:17-cv-62333-CMA

ACCEPTANCE NOW,

     Defendant.

_____/

## JOINT STIPULATION STAYING AND REFERRING CASE TO ARBITRATION

Plaintiff, James Fleming, and Defendant, Acceptance Now, stipulate that Plaintiff's claims against Acceptance are subject to arbitration and this entire case should be stayed and referred to arbitration, and say:

1.     On November 29, 2017, Plaintiff filed this action to this Court. (Dkt. 1.)

2.     Plaintiff, however, agrees that his claims are subject to arbitration pursuant to the Consumer Arbitration Agreement that he executed.

3.     Therefore, the parties stipulate that this case should be stayed in its entirety and referred to binding arbitration pursuant to the terms of the Consumer Arbitration Agreement.

WHEREFORE, the parties respectfully request the Court stay the proceedings and refer this entire case to arbitration, and for such other relief as this Court deems proper.

Respectfully submitted,

| | |
|---|---|
| /s/ *Heather H. Jones* | /s/ *Zachary S. Foster* |
| William Peerce Howard, Esq. | Zachary S. Foster, Esq. |
| Florida Bar No. 0103330 | Florida Bar No. 111980 |
| Heather H. Jones, Esq. | S. Douglas Knox, Esq. |
| Florida Bar No. 118974 | Florida Bar No. 849871 |
| The Consumer Protection Firm | Quarles & Brady, LLP |
| 210-A South McDill Avenue | 101 East Kennedy Blvd., Suite 3400 |
| Tampa, Florida 33609 | Tampa, Florida 33602 |
| Telephone: (813) 500-1500 | Telephone: (813) 387-0300 |
| Facsimile: (813) 435-2369 | Facsimile: (813) 387-1800 |
| billy@theconsumerprotectionfirm.com | doug.knox@quarles.com |
| heather@theconsumerprotectionfirm.com | zachary.foster@quarles.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the CM/ECF system on December 28, 2017 on all counsel or parties of record on the Service List below.

## SERVICE LIST

Heather H. Jones
William "Billy" Peerce Howard
The Consumer Protection Firm, PLLC
210-A South MacDill Avenue
Tampa, Florida 33609
heather@theconsumerprotectionfirm.com
billy@theconsumerprotectionfirm.com
*Attorney for Plaintiff*

s/ *Zachary S. Foster*
Attorney

2