UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62333-CIV-ALTONAGA/Seltzer

**JAMES FLEMING**,

    Plaintiff,

v.

**ACCEPTANCE NOW**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation Staying and Referring Case to Arbitration [ECF No. 10]. The parties agree all of the claims at issue in this case are subject to arbitration, and the case should therefore be stayed and referred to arbitration. (*See generally id.*). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The case is **STAYED** pending resolution of arbitration.

2. The case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen the case at the appropriate time.

**DONE AND ORDERED** in Miami, Florida, this 28th day of December, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record