UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES FLEMING

    Plaintiff,

v.                                    CASE NO.: 0:17-cv-62333-CMA

ACCEPTANCE NOW

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** JAMES FLEMING, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, JAMES FLEMING, and Defendant, ACCEPTANCE NOW, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on July 10, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                            Respectfully submitted,

                                              */s/Heather H. Jones*
                                              Heather H. Jones, Esq.
                                              Florida Bar No. 0118974
                                              William "Billy" Peerce Howard, Esq.
                                              Florida Bar No. 0103330
                                              THE CONSUMER PROTECTION FIRM, PLLC
                                              4030 Henderson Blvd.
                                              Tampa, FL  33629
                                              Telephone: (813) 500-1500, ext. 205
                                              Facsimile: (813) 435-2369
                                              Heather@TheConsumerProtectionFirm.com
                                              Billy@TheConsumerProtectionFirm.com
                                              *Attorney for Plaintiff*