UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES FLEMING

    Plaintiff,

v.                                                CASE NO.: 0:17-cv-62333-CMA

ACCEPTANCE NOW

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff James Fleming, and Defendant Acceptance Now, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on August 3, 2018.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Zachary S. Foster* |
| Heather H. Jones, Esq. | Zachary S. Foster, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 111980 |
| William "Billy" Peerce Howard, Esq. | S. Douglas Knox, Esq. |
| Florida Bar No.: 0103330 | Florida Bar No.: 849871 |
| THE CONSUMER PROTECTION FIRM, PLLC | QUARLES & BRADY, LLP |
| 4030 Henderson Blvd. | 101 East Kennedy Blvd., Sutie 3400 |
| Tampa, FL  33629 | Tampa, FL  33602 |
| Tel (813) 500-1500/Fax: (813) 435-2369 | Tel: (813) 387-0300 |
| Heather@TheConsumerProtectionFirm.com | Fax: (813) 387-1800 |
| Billy@TheConsumerProtectionFirm.com | zachary.foster@quarles.com |
| *Attorneys for Plaintiff* | doug.knox@quarles.com |
| | *Attorney for Defendant* |